9 A.3d 1136

COMMONWEALTH of Pennsylvania, Respondent

v.

Khalil SCOTT, Petitioner.

Supreme Court of Pennsylvania.

Dec. 7, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of December 2010, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by petitioner, is:

Where a condition of petitioner's house arrest was that he not "communicate with" fellow members of a gang, was not there insufficient evidence that petitioner violated that condition by merely identifying himself as a gang member on his MySpace page and posting therein the message "Free Quil and Joe," two imprisoned gang members, as well as posting non-gang related lyrics from popular rap songs?